Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-344-886**

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 03, 2023

---

## Title

| | |
|---|---|
| Title of Work: | portrait of a highland cow |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | August 28, 2012 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Dorit Maritta Fuhg |
| Author Created: | photograph |
| Citizen of: | Germany |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Dorit Maritta Fuhg |
| | Hartungstrasse 17d, Dresden, 01259, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Dorit Fuhg |
| Email: | dorit@fuhgphotography.com |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | March 27, 2023 |
| Applicant's Tracking Number: | DF2023032701 |

